**David THRASHER, Appellant,**

v.

**PRISON OFFICIAL, JCCC RECORDS OFFICE, RECORDS HK, Appellee.**

No. 08–2748.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2009.

Filed: June 25, 2009.

David Thrasher, Bowling Green, MO, pro se.

No appearance for appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

David Thrasher appeals the district court's[1] order denying his motion for preliminary injunctive relief. Upon review,

we conclude that the district court did not abuse its discretion in denying the motion based on Thrasher's failure to allege a viable basis for granting the requested relief. *See Hamm v. Groose*, 15 F.3d 110, 112–13 (8th Cir.1994) (standard of review); *Dataphase Sys. Inc. v. C L Sys., Inc.*, 640 F.2d 109, 113 (8th Cir.1981) (preliminary-injunction factors). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.